AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

**CRIMINAL COMPLAINT**

V.

**Oscar HERNANDEZ-MACEDO,**
**a/k/a Carlos JIMENEZ-TIVERIOS,**
**a/k/a Carlos JIMENEZ-TIBERIOS**

CASE NUMBER:

DOB: XXX
PDID

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   On or about ____January 30, 2006____   in ____Washington, D.C.____   county, in the

_____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

reenter, and was found in, the United States after having been previously deported from the United
States,  without having obtained the express consent of the Attorney General of the United States to re-
apply for admission into the United States.

in violation of Title __8__ United States Code, Section(s) ____1326(a)____ .

I further state that I am __Mark C. Leeper,  Special Agent with the U.S. Immigration and Customs Enforcement,__
and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:       ☒ Yes       ☐ No

AUSA, G. Michael Harvey   (202) 305-2195
Sworn to before me and subscribed in my presence,

Signature of Complainant
Mark C. Leeper, Special Agent
U.S. Immigration and Customs Enforcement

_____        at      ____Washington, D.C.____
Date                                                                              City and State

_____        _____
Name & Title of Judicial Officer                                      Signature of Judicial Officer