AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

### DISTRICT OF _____

UNITED STATES OF AMERICA

v.

OSCAR HERNANDEZ - MACEDO

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 06-127-M-01

# FILED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, OSCAR HERNANDEZ - MACEDO, charged in a (complaint) (petition)

pending in this District with Reentry after Deportation

in violation of Title 8 , U.S.C., 1326(a) ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
**Defendant**

3-24-06
_____
**Date**

_____
**Counsel for Defendant**